UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**Case Number: 16-20924-CIV-MARTINEZ-GOODMAN**

DONNA INCARDONE, *et al.*,
    Plaintiffs,

vs.

ROYAL CARIBBEAN CRUISES, LTD.,
    Defendant.
_____/

## ORDER OF REFERENCE TO MAGISTRATE JUDGE

PURSUANT to 28 U.S.C. § 636(b) and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned cause is referred to United States Magistrate Judge **JONATHAN GOODMAN** to take all necessary and proper action as required by law with respect to:

> **All matters relating to Defendant's Notice of Filing Documents in Support of Attorneys' Fees and Costs Pursuant to Court Order [ECF. No. 222], Plaintiff's Response to Defendant's Notice of Filing Documents in Support of Attorneys' Fees and Costs [ECF No. 230], and Defendant's Motion for Leave of Court to Reply to Plaintiff's Response to Defendant's Notice of Filing Documents in Support of Attorney's Fees and Costs [ECF No. 232].**

**ORDERED AND ADJUDGED** that it is the responsibility of the parties in this case to indicate the name of the Magistrate Judge on all motions and related papers referred by this order in the case number caption (16-20924-CIV-MARTINEZ-GOODMAN).

DONE AND ORDERED in Chambers at Miami, Florida, this 14 day of December, 2018.

                                                JOSE E. MARTINEZ
                                                UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record