UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CIVIL MINUTES FOR HON. JOSE E. MARTINEZ**

Date: July 22, 2019                      Case No. 16-20924-CV-MARTINEZ

Clerk: Wanda Holston                     Reporter: Dawn Savino

Title of Case: Incardone et al.,

v.  Royal Caribbean Cruises, Ltd.,

**Plaintiff Attorney:** Alan Trachtman-appeared by telephone; John Ostrow; Morgan Theodore

**Defense Attorney**: Curtis Mase,

Reason for Hearing:            Status Conference

Result of hearing:             Hearing Held

1. Court heard from all parties and continued trial to:
2-13-2020 at 1:30 p.m., calendar call
2-18-2020 at 9:30 a.m., trial date
2. Defendant requested a status conference before the trial date. A motion for status conference shall be filed in January, and status conference shall be set early February.