UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:16-cv-20924-JJO

INCARDONE et al.,

    Plaintiff(s),

v.

ROYAL CARIBBEAN CRUISES, LTD,

    Defendant(s).
_____/

## NOTICE OF WITHDRAW

PLEASE TAKE NOTICE that attorney, Adam C. Finkel, Esq., no longer works for the law firm that represents the Defendant in this matter. As such, he hereby withdraws as attorney of record in the above-captioned cause.

Dated: August 24, 2020

Respectfully Submitted,

**THE HAGGARD LAW FIRM, P.A.**
*Attorney*
330 Alhambra Circle, First Floor
Coral Gables, Florida 33134
Phone:    (305)  446-5700
Fax:       (305)  446-1154

BY:  */s/ Adam Finkel*
      ADAM C. FINKEL, ESQ.
      ACF@HaggardLawFirm.com
      APortell@HaggardLawFirm.com
      Florida Bar No.: 10505